UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABRAHAM HERNANDEZ and CARLOS ERNESTO ALFARO SANCHEZ, *individually and on behalf of others similarly situated,*<br><br>*Plaintiffs*,<br><br>-against-<br><br>MCCBREN CORP. (D/B/A TRIONA'S), MICHAEL BRENNER, and TRIONA DOE,<br><br>*Defendants* | Civil Action No.: **20-cv-06128 (RA)**<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

It is hereby agreed by the undersigned attorneys for Plaintiffs ABRAHAM HERNANDEZ and CARLOS ERNESTO ALFARO SANCHEZ and Defendants, MCCBREN CORP. (D/B/A TRIONA'S), MICHAEL BRENNER, and TRIONA DOE, that this action is dismissed without prejudice, and without costs and attorneys' fees.

Dated: February 18, 2021

| | |
|---|---|
| _____<br>Jesse Barton, Esq.<br>Michael Faillace & Associates, P.C.<br>60 East 42nd St. Suite 4510<br>New York, NY 10165<br>*Attorneys for Plaintiffs* | _____<br>Salvatore Puccio, Esq.,<br>Garfunkel Wild, P.C.<br>111 Great Neck Road<br>Great Neck, New York 11021<br>*Attorneys for Defendants* |

**SO ORDERED:**

_____
Hon. Ronnie Abrams
United States District Judge
2-22-21